UNITED STATES DISTRICT COURT
DISTRICT OF MAINE



| UNITED STATES OF AMERICA | |
|---|---|
| v. | No. 1:24-cr- 00099-JAW |
| MASSIMO FRANGELLA | |

# INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Threatening Interstate Communication)

On about January 16, 2024, in the District of Maine and elsewhere, the defendant,

**MASSIMO FRANGELLA**

did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another. Specifically, the Defendant used the internet to send email messages from the email address frangellamas@icloud.com to individuals in the District of Maine, and in those email messages, the Defendant threatened to kill the individuals.

All in violation of Title 18, United States Code, Section 875(c).

A TRUE BILL,

Signature Redacted – Original on file with the Clerk's Office

_____
GRAND JURY FOREPERSON

_____
Assistant United States Attorney
Dated: 8/14/24

1