AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

United States of America
v.

MASSIMO FRANGELLA

*Defendant*

Case No. 1:24-cr-00099-JAW

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* MASSIMO FRANGELLA,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:
COUNT 1-THREATENING INTERSTATE COMMUNICATION; 18:875(c)

Date: 08/14/2024

A TRUE COPY
ATTEST: Christa K. Berry, Clerk
By: _____
Deputy Clerk

*Issuing officer's signature*

City and state: Bangor, Maine

Margaret T. Melanson
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*