UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MASSIMO FRANGELLA | No. 1:24-cr-00099-JAW |

**PROSECUTION VERSION OF THE OFFENSE**

On about January 16, 2024, in the District of Maine and elsewhere, the Defendant, Massimo Frangella, did knowingly, willfully, and recklessly transmit in interstate commerce a communication containing a threat to injure the person of another, in violation of 18 U.S.C. § 875(c). Specifically, the Defendant used the internet to send email messages from the email address frangellamas@icloud.com to individuals in the District of Maine, and in those email messages, the Defendant threatened to kill the individuals.

In this regard, on January 16, 2024, the Defendant, a resident of Illinois, sent seven identical emails to Maine public officials from his iCloud email account frangellamas@icloud.com. The subject line of the emails read: "You're going to die," and he wrote in the body of the emails: "I'm going to kill you and all of your child raping friends." The Defendant sent these emails to seven Maine public officials.

Pursuant to a state search warrant, Apple produced records relating to the Defendant's iCloud account. Records produced by Apple showed that the iCloud account that was used to send the threatening emails belonged to the Defendant. Further, the Apple records showed that the Defendant was the user of the account. Apple also produced the seven email messages sent by the Defendant from the account

on January 16, 2024.  One of the email messages was returned as undeliverable due to a misspelling of the official's email address.  Law enforcement conducted interviews with most of the Maine officials who received the email messages, and most of them said that they were threatened by the email from the Defendant.

During the relevant timeframe, including at the time of the offense, the Defendant was residing with his parents in Illinois and working at their family business.  Certified records from Comcast Cable Communications showed that two IP addresses that were frequently used to log into the Defendant's Apple account were associated with the Defendant's residence.  Certified records from AT&T showed that the IP address that was used to send the threatening emails on January 16, 2024, was associated with the family business where the Defendant worked.

On June 20, 2024, FBI agents interviewed the Defendant.  During the interview, the Defendant eventually admitted that he found the officials' email addresses online and sent the emails in order to get a reaction or response.  The Defendant said he did not know the Maine officials that he emailed, that he's never been to Maine before, and that he had no plans of traveling to Maine.

Had this case proceeded to trial, the Government would have proven the above facts through witness testimony, electronic evidence, and business records from Apple, Comcast, and AT&T.  Specifically, the Government would have offered the testimony of the FBI agents and other law enforcement involved in the investigation concerning the events described above.  The Government would have also offered in evidence business records from Apple containing the threatening emails sent by the Defendant and certified records from Comcast and AT&T to establish the IP address information.  The evidence would have been sufficient to prove beyond a reasonable doubt the charge

contained in the Indictment.

Date: April 14, 2025                          Respectfully submitted,

                                              CRAIG M. WOLFF
                                              Acting United States Attorney


                                              BY: */s/ Alisa Ross*
                                              Alisa Ross
                                              Assistant United States Attorney
                                              United States Attorney's Office
                                              202 Harlow Street, Room 111
                                              Bangor, ME  04401
                                              (207) 945-0373
                                              Alisa.Ross@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 14, 2025, I electronically filed the Government's Prosecution Version of the Offense with the Clerk of Court using the CM/ECF system, which will send notification of such filing(s) to the following:

David Bate, Esq.
Counsel for Defendant

                                                CRAIG M. WOLFF
                                                Acting United States Attorney

                                                BY: **_/s/ Alisa Ross_**
                                                Alisa Ross
                                                Assistant United States Attorney
                                                United States Attorney's Office
                                                202 Harlow Street, Room 111
                                                Bangor, ME  04401
                                                (207) 945-0373
                                                Alisa.Ross@usdoj.gov